NOTE: CHANGES MADE BY THE COURT

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Myrna Cabanban,<br><br>    Plaintiff,<br><br>v.<br><br>Complete Charter Lines, Inc.; and Does 1-10, Inclusive,<br><br>    Defendants. | Case: 2:14-CV-01624-RGK-SS<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION FOR SETTLEMENT AND DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>*[Proposed] Order filed concurrently herewith* |

Upon review of the Stipulation for Settlement and Dismissal of Action, and good cause showing, IT IS ORDERED:

1. That the above-referenced action is dismissed with prejudice, with each party bearing its own attorneys' fees and costs;

2. That this Court shall retain jurisdiction over the settlement agreement in this matter, the terms of which are incorporated fully herein; and

---

1
[PROPOSED] ORDER RE: STIPULATION FOR SETTLEMENT AND
DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

1  3. That a Magistrate Judge ~~shall~~ **MAY** handle any disputes that may
2  arise in connection with the settlement, pursuant to 28 U.S.C. §
3  Section 636(c) and Fed. R. Civ. P. 73.

Dated: June 10, 2014

_/s/ Gary Klausner_

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE